# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

State of Texas and The Heritage Foundation,
Plaintiff

v.

2:24-cv-00173
Civil Action No.

Equal Empl. Opportunity Comm'n, et al.
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff, The State of Texas

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Not Applicable. Plaintiff is a governmental entity.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

The State of Texas, Equal Employment Opportunity Commission, Charlotte A. Burrows, in her official capacity as Chairman of the Equal Employment Opportunity Commission, and Merrick B. Garland, in his official capacity as Attorney General of the United States.

| | |
|---|---|
| Date: | 8/15/2024 |
| Signature: | /s/ Ryan D. Walters |
| Print Name: | Ryan D. Walters |
| Bar Number: | Texas: 24105085 |
| Address: | P.O. Box 12548 (MC-009) |
| City, State, Zip: | Austin, Texas 78711-2548 |
| Telephone: | (512) 463-2100 |
| Fax: | (5112) 457-4410 |
| E-Mail: | ryan.walters@oag.texas.gov |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.