**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| State of Texas and The Heritage Foundation<br>*Plaintiff*<br><br>v.<br><br>Equal Employment Opportunity Comm'n et al.<br>*Defendant* | §<br>§<br>§<br>§<br>§ Case No. 2:24-cv-173<br>§<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Boyden Gray PLLC                                                                                     , with offices at

801 17th St NW, Suite 350
(Street Address)

Washington                              DC                         20006
(City)                                  (State)                    (Zip Code)

202-706-5488                            202-955-0621
(Telephone No.)                         (Fax No.)

**II.**   Applicant will sign all filings with the name R. Trent McCotter                                      .

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

The Heritage Foundation

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 1011329    Admission date: Dec. 10, 2012

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| (see attached list) | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

None

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Ryan D. Walters                                                                       , who has offices at

Office of the Attorney General, 300 W. 15th St.
(Street Address)

Austin                                         TX                      78701
(City)                                         (State)                 (Zip Code)

512-463-2100                                   512-457-4410
(Telephone No.)                                (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   16th   day of August                , 2024       .

R. Trent McCotter
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Court Admissions

SCOTUS: 10/6/2014; active

D.C. Circuit: 10/23/2015; active

1st Circuit: 1/8/2021; active

2nd Circuit: 11/9/2020; active

3rd Circuit: 10/20/2021; active

4th Circuit: 3/11/2015; active

5th Circuit: 6/30/2015; active

6th Circuit: 8/4/2021; active

7th Circuit: 9/18/2015; active

8th Circuit: 8/30/2021; active

9th Circuit: 9/21/2020; active

10th Circuit: 10/19/2015; active

11th Circuit: 1/8/2013; active

District of District of Columbia: 4/3/2023; active

District of North Dakota: 11/3/2021; active

Southern District of Texas: 11/16/2021; active

Eastern District of Virginia: 3/22/2019; active

Western District of Virginia: 10/29/2020; active

Court of Federal Claims: 3/21/2024; active



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Richard Trent McCotter

was duly qualified and admitted on December 10, 2012 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 16, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.