IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>    Defendants. | 2:24-CV-173-Z |

## ORDER

Before the Court is The Heritage Foundation's Application for Admission Pro Hac Vice ("Application") (ECF No. 6), filed August 16, 2024. Local counsel in the Application resides at the Office of the Attorney General, 300 W. 15th St., Austin, Texas 78701. *Id.* at 3.

However, the Local Rules require "local counsel . . . in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office in this district." N.D. TEX. L.R. 83.10(a). And "local counsel" means

> a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending. Attorneys desiring to proceed without local counsel must obtain leave from the presiding judge.

*Id.* The Application is therefore **DEFERRED** for **14 days from the date of this Order** so The Heritage Foundation can comply with the Local Rules.

**SO ORDERED.**

August 21, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE