IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and<br>THE HERITAGE FOUNDATION,<br><br>   Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION, *et al.*,<br><br>   Defendants. | 2:24-CV-173-Z |

### ORDER

Before the Court are The Heritage Foundation's Applications for Admission Pro Hac Vice (ECF Nos. 6, 8), filed August 16, 2024, and August 27, 2024, respectively. Richard Trent McCotter ("Applicant") is an attorney licensed to practice law in the District of Columbia. ECF No. 8 at 5. ECF No. 6 was deferred for failure to secure local counsel. ECF No. 7. But Applicant has since obtained local counsel under Local Rule 83.10. ECF No. 8 at 3.

Accordingly, ECF No. 8 is **GRANTED**, while ECF No. 6 is **DENIED** as **MOOT** because Applicant has submitted a new application. Applicant has read and will comply with *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) and the Local Rules.

**SO ORDERED**.

September 3, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE