# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| State of Texas et al <br> *Plaintiff* <br> v. <br> Equal Employment Opportunity Commission et al <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 2:24-cv-00173-Z |

## Summons in a Civil Action

**TO:** Charlotte A. Burrows, in her official capacity as Chairman of the Equal Employment Opportunity Commission

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan Walters
209 W. 14th Street
7th Floor
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 08/16/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:24-CV-00173-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charlotte A. Burrows, in her own capacity as Chairman of the Equal Employment Opportunity Commission was received by me on *(date)* Aug 19, 2024, 12:06 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ashley Richerson Registered Agent, United States Attorneys Office , who is designated by law to accept service of process on behalf of *(name of organization)* Charlotte A. Burrows, in her own capacity as Chairman of the Equal Employment Opportunity Commission on *(date)* Thu, Aug 22 2024 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.

I declare under penalty of perjury that this information is true.

Date: 08/25/2024

_____
*Server's signature*

Susan Mullin PSC-16207
_____
*Printed name and title*

5711 Purdue St, Amarillo, TX 79109
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 22, 2024, 9:49 am CDT at Company: 500 S. Taylor Street LB238, Amarillo, Texas 79101 received by Ashley Richerson Registered Agent. Ethnicity: Caucasian; Gender: Female;