IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and<br>THE HERITAGE FOUNDATION<br><br>    Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION, *et al.*,<br><br>    Defendants. | 2:24-CV-173-Z |

**ORDER**

Attorney Andrew Wade Smith ("Smith") for Plaintiff The Heritage Foundation is not currently admitted to practice before this Court. Smith is therefore **ORDERED** either to submit an application for admission pro hac vice or to gain admission to practice in the Northern District of Texas **within 21 days from the date of this Order**.

**SO ORDERED.**

September 17, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE