# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS and<br>THE HERITAGE FOUNDATION,<br><br>    *Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION, *et al.*,<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-173-Z |

## JOINT MOTION TO STAY ANSWER DEADLINE AND
## FOR ENTRY OF A SCHEDULING ORDER

Plaintiffs filed a Complaint challenging EEOC-CVG-2024-1, *Enforcement Guidance on Harassment in the Workplace* (April 29, 2024) on August 15, 2024, ECF No. 1. The parties have conferred and agree that this case presents purely legal issues amenable to resolution on cross-motions for summary judgment. The parties jointly move this Court (1) to stay Defendants' deadline to answer or otherwise respond to the Complaint until further order of the Court, and (2) for entry of an order setting forth the following briefing schedule for cross-motions for summary judgment:

Defendants shall file the administrative record, if any,[1] on or before **October 15, 2024**;

Plaintiffs shall file, as a single brief, their Motion for Summary Judgment on or before **October 22, 2024**;

Defendants shall file their Combined Cross-Motion for Summary Judgment and Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment on or before **November 13, 2024**;

Plaintiffs shall file, as a single brief, their Combined Reply in Support of their Motion for Summary Judgment and Memorandum in Opposition to Defendants' Cross-Motion for Summary Judgment on or before **December 4, 2024**;

---

[1] Defendants' position is that there is no administrative record in this case because the challenged guidance document is not a final agency action.

Defendants shall file their Reply in Support of their Cross-Motion for Summary Judgment on or before **December 18, 2024**.

Dated: September 27, 2024.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

*/s/Ryan D. Walters*
RYAN D. WALTERS
Chief, Special Litigation Division
Texas State Bar No. 24105085
ryan.walters@oag.texas.gov

JACOB E. PRZADA
 Special Counsel
 Texas State Bar No. 24125371
jacob.przada@oag.texas.gov

KYLE S. TEBO
 Special Counsel
 Texas State Bar No. 24137691
kyle.tebo@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: 512-463-2100
Fax: 512-457-4410

COUNSEL FOR STATE OF TEXAS

Respectfully submitted.

DANIEL D. MAULER
General Counsel of The Heritage Foundation

*/s/ R. Trent McCotter*
R. TRENT MCCOTTER*
ANDREW W. SMITH**
Boyden Gray PLLC
801 17th St. NW, Suite 350
Washington, DC 20006
Telephone: (202) 706-5488
tmccotter@boydengray.com
*admitted pro hac vice*
**motion for admission pro hac vice pending*

The Heritage Foundation
214 Massachusetts Ave. NE
Washington, DC 20002-4999
Telephone: (202) 617-6975

COUNSEL FOR THE HERITAGE FOUNDATION

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY NESTLER
Assistant Branch Director

*/s/ Allyson R. Scher*
ALLYSON R. SCHER (DC Bar No. 1616379)
JACOB S. SILER (DC Bar No. 1003383)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 514-9836
Facsimile: (202) 616-8460
E-mail: allyson.r.scher@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on September 27, 2024, which automatically serves all counsel of record who are registered to receive notices in this case.

*/s/ Ryan D Walters*
RYAN D. WALTERS