UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and<br>THE HERITAGE FOUNDATION,<br><br>    *Plaintiffs*,<br>v.<br><br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION, *et al.*,<br><br>    *Defendants*. | §§§§§§§§§§    CIVIL ACTION NO. 2:24-CV-173-Z |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ANSWER DEADLINE AND FOR ENTRY OF A SCHEDULING ORDER**

Before the Court is the parties' Joint Motion to Stay Answer Deadline and for Entry of a Scheduling Order. After due consideration of the Joint Motion and the applicable law, the Court finds the Joint Motion should be and is hereby **GRANTED**. It is hereby **ORDERED** that:

1. Defendants' deadline to answer or otherwise respond to the Complaint is **STAYED** until further order of the Court;

2. Defendants shall file the administrative record, if any, on or before October 15, 2024;

3. Plaintiffs shall file, as a single brief, their Motion for Summary Judgment on or before October 22, 2024;

4. Defendants shall file their Combined Cross-Motion for Summary Judgment and Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment on or before November 13, 2024;

5. Plaintiffs shall file, as a single brief, their Combined Reply in Support of their Motion for Summary Judgment and Memorandum in Opposition to Defendants' Cross-Motion for Summary Judgment on or before December 4, 2024.

6. Defendants shall file their Reply in Support of their Cross-Motion for Summary Judgment on or before December 18, 2024;

7. A further scheduling order will be entered after the Court's ruling on the above-mentioned motions, if necessary.

**SO ORDERED.**

_____, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE