# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION,<br><br>　　Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>　　Defendants. | Case No. 2:24-cv-00173-Z<br><br>District Judge Matthew J. Kacsmaryk |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jacob S. Siler, of the United States Department of Justice Civil Division, eligible to practice in this Court pursuant to Local Rule 83.11, hereby enters his appearance in this action on behalf of all Defendants.

DATED: September 30, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director, Federal Programs Branch

/s/ Jacob S. Siler
JACOB S. SILER
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-4556
Facsimile: (202) 616-8460
E-mail: jacob.s.siler@usdoj.gov

*Counsel for Defendants*