UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and<br>THE HERITAGE FOUNDATION,<br><br>      *Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION; CHARLOTTE A.<br>BURROWS, in her official capacity as Chairman<br>of the Equal Employment Opportunity<br>Commission; MERRICK B. GARLAND, in his<br>official capacity as Attorney General of the<br>United States,<br><br>      *Defendants.* | CIVIL ACTION NO. 2:24-cv-00173-Z |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiff, the State of Texas, files this Notice of Appearance to alert the Court that Assistant Attorney General Kyle Tebo will appear as counsel in the above-captioned case along with counsel listed below. Mr. Tebo is a member in good standing with the State Bar of Texas and is authorized to practice in the Northern District of Texas. His contact information is in the signature block below.

Dated: September 30, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

OFFICE OF THE TEXAS ATTORNEY GENERAL
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: 512-463-2100
Fax: 512-457-4410

Respectfully submitted.

RYAN D. WALTERS
Chief, Special Litigation Division
Texas State Bar No. 24105085
ryan.walters@oag.texas.gov

JACOB E. PRZADA
Special Counsel
Texas State Bar No. 24125371
jacob.przada@oag.texas.gov

*/s/ Kyle S. Tebo*
KYLE S. TEBO
Special Counsel
Texas State Bar No. 24137691
kyle.tebo@oag.texas.gov

COUNSEL FOR STATE OF TEXAS

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on September 30, 2024, a true and correct copy of the above and foregoing document was filed and served electronically *via* CM/ECF.

*/s/ Kyle S. Tebo*
KYLE S. TEBO
Special Counsel