IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and<br>THE HERITAGE FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION, *et al.*,<br><br>Defendants. | 2:24-CV-173-Z |

## ORDER

Before the Court is Plaintiff's Application for Admission Pro Hac Vice ("Application") (ECF No. 14), filed on September 27, 2024. Andrew W. Smith ("Applicant") is an attorney licensed to practice in the state of Tennessee. *Id.* at 4. The Application is **GRANTED**. Applicant has obtained local counsel under Local Rule 83.10 and has read and will comply with *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) and the Local Rules.

**SO ORDERED.**

October 3, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE