IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.,<br><br>Defendants. | 2:24-CV-173-Z |

## SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Stay Answer Deadline and for Entry of a Scheduling Order ("Motion") (ECF No. 15), filed September 27, 2024. "The parties have conferred and agree that this case presents purely legal issues amenable to resolution on cross-motions for summary judgment." *Id.* at 1. The Motion is **GRANTED**. The Defendants' deadline to answer or otherwise respond to the Complaint is **STAYED** pursuant to the following scheduling order. The parties are **FURTHER ORDERED** to follow the scheduling order outlined below:

| DATE | ACTION |
|---|---|
| October 15, 2024 | Defendants file the administrative record, if any |
| October 22, 2024 | Plaintiffs file their Motion for Summary Judgment |
| November 13, 2024 | Defendants file, as a single brief, their combined cross-motion for summary judgment and memorandum in opposition to Plaintiffs' motion for summary judgment |
| December 4, 2024 | Plaintiffs file, as a single brief, their combined reply in support of their motion for summary judgment and memorandum in opposition to Defendants' cross-motion for summary judgment |

| December 18, 2024 | Defendants file their Reply in support of their cross-motion for summary judgment |
| --- | --- |
| 30 days after decision on cross-motions for summary judgment | Defendants' Answer to Amended Complaint due (if applicable). |

**SO ORDERED.**

October 3, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE