# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION,<br><br> *Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; CHARLOTTE A. BURROWS, in her official capacity as Chairman of the Equal Employment Opportunity Commission; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br><br> *Defendants*. | CIVIL ACTION NO. 2:24-cv-00173-Z |

## PLAINTIFF STATE OF TEXAS'S UNOPPOSED MOTION TO WITHDRAW JOHNATHAN STONE AS COUNSEL

Plaintiff, the State of Texas, files this Unopposed Motion to Withdraw Johnathan Stone as counsel of record in this matter.

Mr. Stone has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation, and the State of Texas respectfully requests that he be withdrawn as its counsel. Texas will continue to be represented by co-counsel listed below. This withdrawal is unopposed and will not delay any proceedings.

| | |
|---|---|
| Dated: October 11, 2024 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | RYAN D. WALTERS<br>Chief, Special Litigation Division<br>Texas State Bar No. 24105085<br>ryan.walters@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| | JACOB E. PRZADA<br>Special Counsel<br>Texas State Bar No. 24125371<br>jacob.przada@oag.texas.gov |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | |
| AUSTIN KINGHORN<br>Deputy Attorney General for Legal Strategy | KYLE S. TEBO<br>Special Counsel<br>Texas State Bar No. 24137691<br>kyle.tebo@oag.texas.gov |
| OFFICE OF THE TEXAS ATTORNEY GENERAL<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: 512-463-2100<br>Fax: 512-457-4410 | */s/ Johnathan Stone*<br>JOHNATHAN STONE<br>Chief, Consumer Protection Division<br>Texas State Bar No. 24071779<br>johnathan.stone@oag.texas.gov |
| | COUNSEL FOR STATE OF TEXAS |

### CERTIFICATE OF CONFERENCE

I hereby certify that on October 9, 2024, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Johnathan Stone*
JOHNATHAN STONE
Chief, Consumer Protection Division

### CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on October 11, 2024, a true and correct copy of the above and foregoing document was filed and served electronically *via* CM/ECF.

*/s/ Johnathan Stone*
JOHNATHAN STONE

2