# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and<br>THE HERITAGE FOUNDATION,<br>    *Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; CHARLOTTE A. BURROWS, in her official capacity as Chairman of the Equal Employment Opportunity Commission; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br>    *Defendants*. | CIVIL ACTION NO. 2:24-cv-00173-Z |

## ORDER GRANTING PLAINTIFF STATE OF TEXAS'S MOTION TO WITHDRAW JOHNATHAN STONE AS COUNSEL

On this date, the Court considered Plaintiff State of Texas's Unopposed Motion to Withdraw Johnathan Stone as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that Johnathan Stone is hereby withdrawn as counsel of record for the State of Texas in this matter.

**SO ORDERED.**

_____, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE