# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION,<br><br>  *Plaintiffs*,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; CHARLOTTE A. BURROWS, in her official capacity as Chairman of the Equal Employment Opportunity Commission; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br><br>  *Defendants*. | CIVIL ACTION NO. 2:24-cv-173-Z |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

  Plaintiffs State of Texas and the Heritage Foundation move this Court for an order granting them Summary Judgment on Counts 1–4 of their Complaint (ECF No. 1), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.3. This motion is supported by Plaintiffs' Memorandum in Support of their Motion for Summary Judgment, which sets forth the argument and authorities on which Plaintiffs rely and contains the matters required by Local Rule 56.3.

Dated: October 23, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

/s/Ryan D. Walters
RYAN D. WALTERS
Chief, Special Litigation Division
Texas State Bar No. 24105085
Ryan.Walters@oag.texas.gov

JACOB E. Przada
Special Counsel
Texas State Bar No. 24125371
jacob.przada@oag.texas.gov

KYLE S. TEBO
Special Counsel
Texas State Bar No. 24137691
kyle.tebo@oag.texas.gov

OFFICE OF THE TEXAS ATTORNEY GENERAL
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: 512-463-2100
Fax: 512-457-4410

COUNSEL FOR STATE OF TEXAS

Respectfully submitted.

DANIEL D. MAULER
General Counsel of The Heritage Foundation

/s/ *R. Trent McCotter*
R. TRENT MCCOTTER
ANDREW W. SMITH
Boyden Gray PLLC
801 17th St. NW, Suite 350
Washington, DC 20006
Telephone: (202) 706-5488
tmccotter@boydengray.com

The Heritage Foundation
214 Massachusetts Ave. NE
Washington, DC 20002-4999
Telephone: (202) 617-6975

COUNSEL FOR THE HERITAGE FOUNDATION

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, a true and correct copy of the above and foregoing document has been filed and served, *via* the CM/ECF system, to all counsel and parties of record.

/s/Ryan D. Walters
RYAN D. WALTERS