# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00173-Z <br><br> District Judge Matthew J. Kacsmaryk |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Taisa M. Goodnature, of the United States Department of Justice Civil Division, eligible to practice in this Court pursuant to Local Rule 83.11, hereby enters her appearance in this action on behalf of all Defendants.

DATED: November 13, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director, Federal Programs Branch

/s/ *Taisa M. Goodnature*
TAISA M. GOODNATURE
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-3786
Facsimile: (202) 616-8460
Email: taisa.m.goodnature@usdoj.gov

*Counsel for Defendants*