# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00173-Z<br><br>District Judge Matthew J. Kacsmaryk |

## **CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

DATED: November 13, 2024              BRIAN M. BOYNTON
                                      Principal Deputy Assistant Attorney General

                                      EMILY B. NESTLER
                                      Assistant Branch Director, Federal Programs Branch

                                      /s/ *Taisa M. Goodnature*
                                      TAISA M. GOODNATURE
                                      Trial Attorney
                                      Civil Division, Federal Programs Branch
                                      U.S. Department of Justice
                                      1100 L Street, NW
                                      Washington, DC 20005
                                      Phone: (202) 514-3786
                                      Facsimile: (202) 616-8460
                                      Email: taisa.m.goodnature@usdoj.gov

                                      *Counsel for Defendants*