UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-173<br><br>District Judge Matthew J. Kacsmaryk |

**DEFENDANTS' RESPONSE IN OPPOSITION
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants the Equal Employment Opportunity Commission; Charlotte A. Burrows, in her official capacity as Chair of the Equal Employment Opportunity Commission; and Merrick A. Garland, in his official capacity as Attorney General of the United States now move for summary judgment against all claims and causes of action asserted by Plaintiffs the State of Texas and the Heritage Foundation. Pursuant to local civil rules 56.3(b) and 56.4(b), each of the matters required by local civil rules 56.3(a) and 56.3(a) are set forth in the accompanying brief. For the reasons given therein, it is requested that summary judgment be granted in Defendants' favor and that this action be dismissed.

Dated: November 13, 2024					Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Jacob S. Siler*
JACOB S. SILER (DC Bar No. 1003383)
TAISA M. GOODNATURE (NY Bar No. 5859137)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 343-4556
Facsimile: (202) 616-8460
E-mail: Jacob.S.Siler@usdoj.gov

*Counsel for Defendants*

2