UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-173<br><br>District Judge Matthew J. Kacsmaryk |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment and the parties' briefs in support, opposition, and reply, it is hereby:

**ORDERED** that Defendants' Cross-Motion for Summary Judgment is **GRANTED**, and it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**, and it is further

**ORDERED** that the Clerk shall enter judgment for Defendants and close this case.

**SO ORDERED.**

                                                                  _____
                                                                  Matthew J. Kacsmaryk
                                                                  United States District Judge