UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| State of Texas & The Heritage Foundation §<br>*Plaintiff* §<br>§<br>§<br>v. §<br>§<br>§<br>EEOC; Charlotte Burrows; Merrick Garland §<br>*Defendant* § | Case No. 2:24-cv-173-Z |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

__National Women's Law Center__, with offices at

__1350 I St NW, Ste 700__
(Street Address)

__Washington__            __DC__            __20005__
(City)                   (State)          (Zip Code)

__202-588-5180__          __202-588-5185__
(Telephone No.)           (Fax No.)

**II.**   Applicant will sign all filings with the name __Elizabeth E. Theran__.

**III.**   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

National Women's Law Center and fifteen other amici curiae listed in ECF No. 36, Appendix A (insufficient room here to list them all)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Massachusetts_____, where Applicant regularly practices law.

Bar license number: 650563    Admission date: 1/25/2002

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State of New York | 1/30/2002 | Active |
| U.S. Supreme Court | 2/22/2005 | Active |
| U.S. Ct. of Appeals, DC Circuit | 1/31/2005 | Active |
| (see attachment for continuation) | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

<u>N/A</u>

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

<u>none--moved for permission to file without local counsel</u>, who has offices at

_____
(Street Address)

_____
(City)    (State)    (Zip Code)

_____
(Telephone No.)    (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the <u>20th</u> day of <u>November</u>, <u>2024</u>.

<u>Elizabeth E. Theran</u>
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.