## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| State of Texas, et al. | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | § |  Case No. 2:24-cv-00173 |
| | § |
| | § |
| Equal Employment Opportunity Comm'n, et al. | § |
| *Defendant* | § |
| | § |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Democracy Forward Foundation _____, with offices at

1445 New York Ave. NW
(Street Address)

Washington                              D.C.                    20005
(City)                                  (State)                 (Zip Code)

202-448-9090                            202-796-4426
(Telephone No.)                         (Fax No.)

**II.**     Applicant will sign all filings with the name  Sarah R. Goetz                                .

**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Small Business Majority, Main Street Alliance, American Sustainable Business Council

to provide legal representation in connection with the above-styled matter now pending before the United

States District Court for the Northern District of Texas.

IV.    Applicant is a member in good standing of the bar of the highest court of the state of

_____ District of Columbia _____, where Applicant regularly practices law.

Bar license number: _1645309_          Admission date: _8/8/2019_____

<div style="border:1px solid">
For Court Use Only.
Bar StatusVerified:

_____
</div>

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court for D.C. | 3/4/2024 | Active |
| U.S. Court of Appeals DC Circuit | 8/3/2022 | Active |
| U.S. Court of Appeals First Circuit | 5/21/2020 | Active |
| U.S. Court of Appeals Second Circuit | 5/3/2022 | Active |

VI.    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:              Case No. And Style:

 N/A                                    _____

_____         _____

_____         _____

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

 Please see Unopposed Motion for Leave to Proceed Without Local Counsel               , who has offices at

_____
(Street Address)

_____    _____    _____
(City)                                (State)             (Zip Code)

_____    _____
(Telephone No.)                       (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✔]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   20th   day of November               ,  2024     .

 Sarah R. Goetz                                    
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.