IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION, | |
| Plaintiffs, | |
| v. | 2:24-CV-173-Z |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION., *et al.*, | |
| Defendants. | |

## ORDER

Before the Court are Movants' Applications for Admission *Pro Hac Vice* ("Applications") (ECF Nos. 38, 39, 40, 42, 44) and Unopposed Motions for Leave to File Amicus Brief and to Proceed Without Local Counsel ("Motions") (ECF Nos. 36, 41). They are **GRANTED**.

Elizabeth Theran is licensed to practice in Massachusetts. ECF No. 38-1 at 2. Katherine Sandson, Sarah Goetz, and Sunu Chandy are licensed to practice in the District of Columbia. ECF No. 39-1 at 1; No. 42-1 at 1; No. 44 at 4. And Rachel Smith is licensed to practice in Vermont. ECF No. 40 at 4.

The foregoing applicants have read and will comply with *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) and the Local Rules of this Court. Accordingly, the Applications for Admission Pro Hac Vice are **GRANTED**.

Furthermore, applicants' Motions for Leave to File Amicus Brief and to Proceed Without Local Counsel have satisfied this Court's local rules requirement for filing amicus briefs and for proceeding without local counsel and are therefore **GRANTED**. See N.D. Tex.

Loc. R. 7.2(b) ("An amicus brief may not be filed without leave of the presiding judge. The brief must specifically set forth the interest of the amicus curiae in the outcome of the litigation."); *See* N.D. Tex. Loc. R. 83.10(a) ("Attorneys desiring to proceed without local counsel must obtain leave . . . .").

The Clerk is **DIRECTED** to refile ECF No. 36-1 and ECF No. 41-1 as separate Briefs as Amicus Curiae in Support of Defendants' Cross-Motion for Summary Judgment.

**SO ORDERED**.

November 26, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE