UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-173 <br><br> District Judge Matthew J. Kacsmaryk |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendants respectfully request that this Court grant a modification to the Scheduling Order governing summary judgment briefing deadlines (ECF No. 25) to extend the deadline for Defendants' Reply in support of their cross-motion for summary judgment. Under the current Scheduling Order, Defendants' reply is due December 18, 2024. Defendants respectfully request that this deadline be extended to January 8, 2025. Plaintiffs have indicated that they consent to this request.

Good cause supports this motion. In addition to other assignments, undersigned counsel has had summary judgment deadlines set in other matters on December 6 and December 20. Those deadlines were set after the parties conferred on scheduling matters in this case. In addition, the requested extension will avoid conflicts with prior scheduled leave for the end-of-year holidays. The requested extension will not unduly delay resolution of this matter, as summary judgment briefing will be complete by January 8, 2025.

Accordingly, Defendants respectfully request that the Court grant this motion and modify the Scheduling Order to extend Defendants' deadline to file a reply in support of their cross-motion for summary judgment to January 8, 2025.

1

Dated: December 11, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Jacob S. Siler*
JACOB S. SILER (DC Bar No. 1003383)
TAISA M. GOODNATURE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 343-4556
Facsimile: (202) 616-8460
E-mail: Jacob.S.Siler@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), I hereby certify that I conferred with counsel for Plaintiffs regarding the relief requested in this motion. Plaintiffs' counsel consented to that relief.

*/s/ Jacob S. Siler*
Jacob S. Siler

2