UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-173 <br><br> District Judge Matthew J. Kacsmaryk |

### **[PROPOSED] ORDER**

Before the Court is the Defendants' Consent Motion for Extension of Time to File Reply. Upon due consideration, the Court GRANTS the motion. Defendants shall file a reply in support of their cross-motion for summary judgment on or before January 8, 2025.

SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE