IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION., *et al.*,<br><br>    Defendants. | 2:24-CV-173-Z |

**ORDER**

Before the Court is Defendants' Consent Motion for Extension of Time to File Reply ("Motion"). ECF No. 49. Defendants request a three-week extension of time to file their reply, and Plaintiffs do not oppose. *See id.* at 1. Accordingly, the Court hereby **GRANTS** Defendants' Motion and **ORDERS** Defendants to file their reply no later than **Friday, January 10, 2025**, at **5:00 p.m.**

**SO ORDERED**.

December 26, 2024.

                                                                                 MATTHEW J. KACSMARYK
                                                                                UNITED STATES DISTRICT JUDGE