IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et. al.*, <br><br> Defendant. | 2:24-CV-173-Z |

## ORDER

On January 20, 2025, President Donald Trump signed an executive order entitled Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government.[1] Accordingly, the Court **ORDERS** the parties to submit a joint brief detailing how this executive order bears on the disposition of this litigation. The joint brief must be submitted on or before **Monday, February 10, 2025**.

**SO ORDERED.**

January 27, 2025.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] *See Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, WHITE HOUSE (Jan. 20, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/defending-women-from-gender-ideology-extremism-and-restoring-biological-truth-to-the-federal-government/ [https://perma.cc/WHF4-2CWQ].