# Exhibit 1



# Office of the Attorney General
## Washington, D. C. 20530

MEMORANDUM FOR ALL DEPARTMENT EMPLOYEES

FROM:   THE ACTING ATTORNEY GENERAL   1/31/25

SUBJECT:   Compliance with Executive Order on Defending Women Message for All Department of Justice Employees

The Department of Justice (Department) intends to fully comply with President Trump's January 20, 2025, Executive Order, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government (Defending Women).*

The Department will comply with *Defending Women* in accordance with Federal law and any collective bargaining obligations.

Thank you for your attention to this important matter. Further updates on the Department's implementation of *Defending Women* will be forthcoming.