UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00173-Z<br><br>District Judge Matthew J. Kacsmaryk |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.12(a), Defendants respectfully move for an order permitting Taisa M. Goodnature to withdraw as counsel for Defendants in this matter, as her employment with the U.S. Department of Justice concluded on February 27, 2025. Defendants will continue to be represented by the U.S. Department of Justice and the other federal attorneys who have entered appearances in this action: Jacob S. Siler (U.S. Department of Justice, Civil Division, Federal Programs Branch, 1100 L Street, NW, Washington, DC 20005) and Allyson R. Scher (U.S. Department of Justice, Civil Division, Federal Programs Branch, 1100 L Street, NW, Washington, DC 20005). A proposed order is attached.

DATED: February 28, 2025             /s/ *Taisa M. Goodnature*
                                     TAISA M. GOODNATURE
                                     Trial Attorney
                                     Civil Division, Federal Programs Branch
                                     U.S. Department of Justice
                                     1100 L Street, NW
                                     Washington, DC 20005
                                     Phone: (202) 514-3786

Facsimile: (202) 616-8460
Email: taisa.m.goodnature@usdoj.gov

*Counsel for Defendants*

2