# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION,<br><br>　　Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>　　Defendants. | Case No. 2:24-cv-00173-Z<br><br>District Judge Matthew J. Kacsmaryk |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Withdraw as Counsel, it is hereby:

**ORDERED** that Defendants' Motion to Withdraw as Counsel is **GRANTED**, and it is further

**ORDERED** that the Clerk shall terminate Taisa M. Goodnature from the docket as counsel for Defendants in this action.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Matthew J. Kacsmaryk
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge