IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS and THE HERITAGE
FOUNDATION,

    Plaintiffs,

v.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, *et. al.*,

    Defendants.

2:24-CV-173-Z

## ORDER

Federal Rule of Civil Procedure 25(d) explains that an action does not cease when a public official who is a party leaves office for whatever reason. Rather, the "officer's successor is automatically substituted as a party." FED. R. CIV. P. 25(d). Further proceedings "should be in the substituted party's name." *Id.* "The court may order substitution at any time . . . ." *Id.* Accordingly, the Court **ORDERS** that Merrick Garland, former Attorney General of the United States, be terminated as a party and that Pamela Bondi, current Attorney General of the United States, be substituted.

**SO ORDERED.**

March 3, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE