IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et. al.,<br><br>Defendants. | 2:24-CV-173-Z |

## ORDER

Before the Court is Defendants' Motion to Withdraw as Counsel for Defendants ("Motion"). ECF No. 54. Taisa M. Goodnature moves to withdraw as counsel because "her employment with the U.S. Department of Justice concluded on February 27, 2025." And no substitution is necessary as "Defendants will continue to be represented by the U.S. Department of Justice and the other federal attorneys who have entered appearances in this action." ECF No. 54 at 1.

"An attorney may withdraw from representation only upon leave of the court and a showing of good cause and reasonable notice to the client." *In re Wynn*, 889 F.2d 644, 646 (5th Cir. 1989). "The withdrawal of an attorney in a given case is a matter entrusted to the sound discretion of the court . . . ." *Id.* (internal marks omitted); *See also* LOC. CIV. R. 83.12.

In light of the relevant facts and law, the Court **GRANTS** the Motion.

SO ORDERED. March _3_, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE