IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS and THE HERITAGE FOUNDATION,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.,<br><br>    Defendants. | 2:24-CV-173-Z |

**JUDGMENT**

The Court **GRANTED** Plaintiffs' Motion for Summary Judgment and **DENIED** Defendants' Cross-Motion for Summary Judgment. ECF No. 59. Accordingly, the following provisions of the Enforcement Guidance are **VACATED** per 5 U.S.C. Section 706(2):

- All language defining "sex" in Title VII to include "sexual orientation" and "gender identity" (including but not limited to the definitions found in Section I(A) and Section II(A)(5)(c));

- The entirety of Section II(A)(5)(c) outlining harassment based on sexual orientation and gender identity;

- Example 46 in Section III(B)(3)(d); and

- All language defining "sexual orientation" and "gender identity" as a protected class (including but not limited to language in Section II(B)(3) and Section II(B)(6)).

This case is therefore **DISMISSED** with prejudice. Judgment is rendered accordingly.

**SO ORDERED.**

May 22, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE